UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00490-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  SILVANO VALENTIN-BERNABE, a/k/a Silvano Valentin-Aguilar,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to a scheduling conflict of the Court, the change of plea hearing set for Tuesday, December 7, 2010 is **VACATED and RESET to Monday, January 24, 2011 at 11:00 a.m.**

      Dated:  December 7, 2010