**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.   10-cr-00490-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v

1.  SILVANO VALENTIN-BERNABE, a/k/a Narciso Valentin-Aguilar,

       Defendant.

**ORDER GRANTING DECREASE OF OFFENSE LEVEL**

       The Court having considered the motion by the United States of America to decrease the defendant's offense level by one additional level pursuant to United States Sentencing Guideline § 3E1.1(b), it is hereby

       ORDERED that Government's Motion to Decrease the Defendant's Offense Level by One Additional Level Pursuant to United States Sentencing Guideline § 3E1.1(b),is **GRANTED.**

       Dated this <u>27th</u> day of April, 2011.

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                WILEY Y. DANIEL,
                                CHIEF UNITED STATES DISTRICT JUDGE